IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-249-GCM

| | |
|---|---|
| MATTHEW T. GREEN, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Whitney L. White,** filed July 30, 2013 [doc.# 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. White is admitted to appear before this court *pro hac vice* on behalf of defendant, NCO Financial Systems, Inc.

**IT IS SO ORDERED.**

Signed: August 1, 2013

Graham C. Mullen
United States District Judge