IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MATTHEW T. GREEN,

        Plaintiff,

Case No. 3:13-cv-0249-GCM

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the Parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/ Whitney L. White
        Whitney L. White
        ***(Admitted Pro Hac Vice)***
        Texas State Bar No. 24075269
        **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**
        900 Jackson St., Ste. 440
        Dallas, Texas 75202
        Telephone: (214) 741-3001
        Facsimile: (214) 741-3055
        wwhite@sessions-law.biz

        Matthew K. Lilly, Esq.
        **CRANFILL SUMNER & HARTZOG LLP**
        2907 Providence Road, Suite 200
        Charlotte, NC 28211

1

Telephone: (704) 332-8300
Facsimile: (704) 332-9994
mlilly@cshlaw.com

**Attorneys for Defendant,
NCO Financial Systems, Inc.**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing *Notice of Pending Settlement* on all parties to this cause by:

Electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Ruth M. Allen, Esq.
Ruth Allen Law, PLLC
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
rallen@lemberglaw.com

This the 29th day of January, 2014.

/s/ Whitney L. White
Whitney L. White

2