IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MATTHEW T. GREEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

Case No. 3:13-cv-0249-GCM

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the Parties, Plaintiff Matthew Green and Defendant NCO Financial Systems, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice.

DATE: 18 February 2014

_Graham C. Mullen_
JUDGE PRESIDING